UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80948-CIV-DIMITROULEAS

MAURICIO GONZALES-CONDE, *etal.*,

                                                 Magistrate Judge Rosenbaum

    Plaintiffs,

vs.

RAFAEL AYALA-MENDOZA, *et al.*,

    Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Plaintiff's Notice of Dismissal [DE 17]. The Court has carefully considered the Stipulation, the attached settlement agreement, notes that no Defendant has yet filed an Answer or a Motion for Summary Judgment, and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Notice of Dismissal [DE 17] is hereby **APPROVED**;

2. The attached settlement agreement is hereby **APPROVED;**

3. The above-styled case is hereby **DISMISSED with prejudice**;

4. The clerk shall close this case;

5. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of April, 2008.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Gregory S. Schell, Esq.